# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 07cr0163-BTM |
| Plaintiff, | |
| v. | ORDER CONTINUING SENTENCING DATE |
| JAMES FIERRO-HERRERA, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the currently scheduled sentencing date of July 13, 2007, at 8:30 a.m. be continued until September 21, 2007, at 8:30 a.m..  It is further ordered that the defendant file an acknowledgement of the new date with this Court.

**IT IS SO ORDERED.**

DATED:  July 11, 2007

_Barry Ted Moskowitz_
Honorable Barry Ted Moskowitz
United States District Judge

07cr0163